**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

In re:

**Michael Wayne Hoke**  Case No. **09-52026-RWK-13**

**Lelia Elizabeth Hoke**  Chapter 13

Debtor(s)

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the Debtor(s) on 9/6/2011, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C.§ 1325(a);

**It is ORDERED that**:

(1) the Plan as filed or modified is CONFIRMED.
(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3) All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

(4) Other provisions:
**Noticed is waived on the confirmed plan because there is no impairment to creditors. Trustee withdraws Motion to Dismiss.**

Date: September 9, 2011

/s/ Herbert L. Beskin
Herbert L. Beskin, Trustee                United States Bankruptcy Judge

Service of this Order is directed to the Debtor(s), Debtor(s) Attorney, the Trustee, the United States Trustee, the Internal Revenue Services, the U.S. Attorney, Debtor(s)' employer (if any wage deduction order is being modified) and all creditors specifically dealt with by the terms of this order.